IN THE UNITED STATES DISTRICT COURT

MR

Edward Johnson

    Plaintiff

  -vs-

Sheriff Thomas Dart
State Attorney Eileen Burke
Superintendant Klimek
Superintendant Luna
Sgt James Elemwood Records
Records officer R Wilkes

    Respondents

FILED
FEB 07 2025 LJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case # 25-CV-00163
Judge McShain

    Petition For WRIT of mandamus

EDWARD A Johnson Alleges:

1. Petitioner EDWARD A Johnson is an individual and is now and at all times mentioned in this petition was a resident of Cook County Illinois.

2. Respondent Thomas Dart is an individual and at all times mentioned in this petition was a resident of Cook County, Illinois and is the Sheriff of Cook County warden and overseer of the Cook County Department of Corrections, Cook County Jail.

①

3. Respondent Dart as the warden and keeper of the Jail is most certainly under an obligation statutorily an by Judical order to carry out the function of his office. Those functions include not only the duty to protect a prisoner, but also the duty to effect his timely release

4) The petitioner is being held under the assumption of an out of state fugitive warrant from Tennessee which does not exist.

5) The people of the state of Illinois Represented by the States Attorney of Illinois Cook County presented to the Circuit court of Cook County its Nolle prosequi of the out of state fugitive from Justice change entered July 16 2024 Dispositive is Attached exhibit (1) Certified Disposition of the circuit Court of Cook County by Circuit court Clerk of Cook County Mariayana T. Spyropoulos Case # 24110750 01.

6) Official Court Records indicate that on July 16 2024 Mittimus was Transmitted to Sheriffs office

2

with the courts disposition on fugitive from justice out of state Tennessee charge

7) Respondent has a non-discretionary duty to release individuals in his custody pursuant to lawful disposition and court orders

8) Respondent Sheriff Dart has failed to release petitioner by disregarding the disposition on out of state fugitive charge and the 6 orders of pretrial release made by Judge J. Wilson Cook County circuit court maywood case # 24CR0708001.

9.) Petitioner is benefically interested in the performance of his constitutionally protected rights to liberty lost of financial enrichments, independence, pursuit of happiness, mental stability and social developments.

10. Respondent has the present duty and ability to preform the above described duty

11.) The respondent has failed to act and release petitioner as required by courts dispositions, orders constitutional and statutory duties.

12) Petitioner has no plain, speedy and adequate remedy in the ordinary course of the law

3

Other than the issuance by this court of a writ of mandamus

13.) As a direct and proximate result of respondents failure to preform, the above described duty petitioner has been damaged in the sum of $2,000.000.00 dollars

Wherefore, petitioner request the court:

1. Order respondent to discharge defendant/petitioner and pay damages requested immediately

2.) Award petitioner damages in the sum of $2,000,000.00 dollars

3.) Award petitioner cost of this proceedings and

4.) Grant petitioner such other and further relief as the court deems proper

Feburary 3. 2025

_____
Edward Johnson petitioner

I declare the foregoing is true and correct under the penality of perjury this 3rd day of Feburary 2025

Edward John

4

Edward Johnson 20240116104
C.C. DOC
2700 S. California Ave
Chicago IL 60608

RECEIVED
FEB 07 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

S SUBURBAN IL 604
4 FEB 2025 PM 6 L

Prisoner Correspondence
United States District Court
219 South Dearborn St.
Chicago, IL 60604

Legal mail

60604-180099

Legal mail





02/07/2025-13

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2019