MR Edward Johnson #165364
Bledsoe County Correctional Complex
1045 Horsehead Rd
Pikeville TN 37367

8-20-25

Re: Case # 25-CV-00163 Johnson v City of Chicago

Notice of address change and request for Docket

Dear Clerk

Please be advised that the above plaintiff address will be the above address,

Please send Last docket entries as well to the above address

Case status Request please

Respectfully submitted
Edward Johnson

Edward Dwayne Rogers
Bledsoe County Correctional Complex
1045 Horsehead Rd
Pikeville TN 37367



Legal mail

Prisoner Correspondence
United States District Court Clerk
219 S Dearborn St 20th
Chicago IL, 60604

RECEIVED

SEP 04 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Received

AUG 26 2025

BCCX Mailroom
Outgoing

THE DEPARTMENT OF CORRECTIONS BCCX HAS NEITHER INSPECTED NOR CENSORED AND IS NOT RESPONSIBLE FOR THE CONTENTS