MR
Edward Johnson #165364

Bledsoe County Correctional Complex

1045 Horsehead Rd

Pikeville TN 37367

**FILED**
SEP 0 4 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

8-20-25

Re: Case # 25-CV-00163 Johnson v City of Chicago

Notice of Address Change and request for Docket

Dear Clerk

Please be advised that the Above Plaintiff address will be the above address,

Please send Last Docket entries as well to the above address

Case status Request Please

Respectfully Submitted
Edward Johnson

EDWARD DMITRI ROBERSON
Bledsoe County Correctional Complex
1045 Horsehead Rd
Pikeville TN 37367



09/04/2025-8

Legal mail

Prisoner Correspondence
United States District Court Clerk
219 S Dearborn St 20fl
Chicago IL, 60604

US POSTAGE PITNEY BOWES
ZIP 37367
02 4W
0000378348 AUG 26 2025
$ 000.74

RECEIVED

SEP 04 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Received

AUG 2 6 2025

BCCX Mailroom
Outgoing

THE DEPARTMENT OF CORRECTIONS
BCCX HAS NEITHER INSPECTED
NOR CENSORED AND IS NOT
RESPONSIBLE FOR THE CONTENTS