MR

FILED
9/9/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
CVK

EDWARD Johnson 165254
Northwest Correctional Complex
960 State RT 212
Tiptonville, TN 38079

9-4-2025

RE: Address Change
Case # 25-CV-00163 Johnson v City of Chicago.

Clerk
Please be advised that the following address is now address of record

EDWARD Johnson 165254
Northwest Correctional Complex Annex
960 State RT 212
Tiptonville TN 38079

Please send updated Docket entries

Respectfully
E[signature]

Edward Johnson 165254
NWCX
960 State RT 212
Tiptonville, TN 38079

Legal mail

Prisoner Correspondence
Clerk U.S. District Court
219 S. Dearborn St    20 Fl
Chicago, IL 60604